**Order entered December 23, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00651-CV

**ANDREW WHITE AND CHELSEA BALESTRA, Appellants**

**V.**

**NHI-REIT OF AXEL, LLC, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07841**

## ORDER

Before the Court is appellants' counsel's December 18, 2019 motion to withdraw. We **GRANT** the motion and **DIRECT** the Clerk of the Court to remove the law firm of Reed Smith, LLP and its attorneys as counsel for appellants. All future communications with appellants should be directed to

Andrew White
1113 Lake Whitney Drive
Wylie, Texas 75098
(917) 825-1308

and

Chelsea Balestra
2425 Victory Ave.
Dallas, Texas 75219
(972) 754-3009.

We note that in the motion to withdraw, counsel informs us that White has filed for bankruptcy. Pursuant to Texas Rule of Appellate Procedure 8.2, further action in this cause is automatically suspended. *See* TEX. R. APP. P. 8.2. Accordingly, for administrative purposes, this cause is **ABATED** and treated as a closed case. It may be reinstated on motion by any party showing, in accordance with rule of appellate procedure 8.3, that the appeal is permitted by federal law or the bankruptcy court. *See id.* 8.3.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE